IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DIANE MYERSCOUGH | : Civil Action No.: |
| Plaintiff, | : |
| vs. | : |
| | : Section: |
| WALGREEN COMPANY d/b/a/, WALLGREENS | : |
| And | : **COMPLAINT AND** |
| WALGREENS BOOTS ALLIANCE, Inc. | : **JURY DEMAND** |
| Defendant. | : |

**COMPLAINT OF SEX DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

Plaintiff Diane Myerscough ("Hereinafter referred to as Plaintiff"), by and through her undersigned counsel, files this Complaint and Jury Demand against Defendants Walgreen, Company ( d/b/a Walgreen's) and Walgreens Boots Alliance, Inc. (Hereinafter referred to as "Defendants")

1. This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2e to 2000e-17.

2. Jurisdiction is specifically conferred upon this United States District Court by the statutes, as well as 28 U.S.C. § § 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. § § 1981, 1983 and 1985131, as amended by the Civil Rights Act of 1991, Pub. L. No. 102-I 66, and any related claims under Florida law.

3. Within 90 days of the commencement of this action, the Equal Employment Opportunity Commission (EEOC) issued a right to sue letter. (See Exhibit "A.")

4. Plaintiff resides at 3749 42nd Avenue South, Saint Petersburg Florida 33711, Defendant Walgreen Company, dba Walgreens, is a Illinois Corporation and a subsidiary to Defendant Walgreens Boots Alliance, Inc., Delaware Corporation. Defendants' corporate headquarters are located at or about 108 Wilmont Road, Deerfield, Illinois 60015. Venue is proper to the District because the employment and acts of discrimination which are herein described took place at Defendant Walgreen Company's Store #3743 located at or about 4651 West Kennedy Boulevard, Tampa, Florida 33609.

5. Pursuant to the aforementioned statutes, Plaintiff is a member of a protected class, specifically, Plaintiff is a female. Defendants engaged in unlawful employment practices at Defendant Walgreen Company's Store #3743 located at or about 4651 West Kennedy Boulevard, Tampa, Florida 33609, in violation of Section 703(a)(1) of Title VII of the Civil

Rights Act of 1964, 42 U.S.C. §§ 2e to 2000e-17, by terminating Plaintiff because of sex.

6. The discriminatory conduct of that is the subject of complaint in this action includes unlawful termination of the Plaintiff, and unequal terms and conditions of Plaintiff's employment.

7. Specifically, Defendants decision to terminate the Plaintiff was based on sex. Plaintiff was employed as a Store Manager and Defendants treated and evaluated her differently and discriminatory as compared to male managers in similar positions and/or under the supervision, control, and/or evaluation of the same district, regional, and/or corporate management team.

8. Therefore, Defendants discriminated against the Plaintiff based on her sex. The effect of Defendants' unlawful employment practices was to deprive Plaintiff of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex. Defendants' unlawful employment practices were intentional and done with malice or with reckless indifference to Plaintiff's rights under Title VII.

9. Plaintiff filed a charge with the Equal Employment Opportunity Commission regarding Defendant's alleged discriminatory actions. On December 03, 2019, the Equal Employment Opportunity Commission issued its Right to Sue Letter titled Dismissal and Notice of Rights, a copy of which is attached to this Complaint (See Exhibit "A").

WHEREFORE, Plaintiff prays that the Court grant the following relief:

a. A declaratory judgment that the practices complained of herein are unlawful and violate Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2e to 2000e-17;

b. Back pay and reinstatement and/or front pay (including interest and benefits), and other relief necessary to compensate and eradicate the effects of Defendants' unlawful employment practices;

c. Compensatory and/or punitive damages,

d. Reasonable attorneys' fees and all expenses and costs of this action;

e. Pre-judgment interest, and

f. Such other and further legal and equitable relief as this Court deems necessary.

Respectfully Submitted,

Counsel for Plaintiff
532 Vista Way Lane
Eagle Lake, FL 33839
Office: (863) 528-3278
Facsimile: (863) 582-9319

By  */s/ Christopher R. Zapalski*
    Christopher Zapalski
    Fla. Bar No. 586811

Exhibit "A"

# DISMISSAL AND NOTICE OF RIGHTS

**To:** Diane Myerscough
3749 42nd Ave S
St Petersburg, FL 33711

**From:** Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2019-00783 | My Linh Kingston, Investigator | (813) 202-7937 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*
**Evangeline Hawthorne, Director**

12/3/19
(Date Mailed)

Enclosures(s)

cc: Frank Bear
Senior Counsel
Walgreen Co.
104 Wilmot Road
MS#144W
Deerfield, IL 60015